|   | UNITED STATES DISTRICT COURT |
|---|---|
| 1 | |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| DILLON MALIN, | ) | Case No: 4:19-cv-07788-HSG |
| | ) | |
| Plaintiff(s), | ) | **APPLICATION FOR** |
| | ) | **ADMISSION OF ATTORNEY** |
| v. | ) | **PRO HAC VICE; ORDER** |
| UBER TECHNOLOGIES, INC., AND CHECKR, INC. | ) | (CIVIL LOCAL RULE 11-3) |
| | ) | |
| Defendant(s). | ) | |

I, James A. Francis, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Dillon Malin, Plaintiff in the above-entitled action. My local co-counsel in this case is Erika A. Heath, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1600 Market Street, Suite 2510 | 369 Pine Street, Suite 410 |
| Philadelphia, PA 19103 | San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (215) 735-8600 | (415) 433-0333 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jfrancis@consumerlawfirm.com | erika@duckworthpeters.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 77474.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/04/20                              James A. Francis
                                                          APPLICANT

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of James A. Francis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/5/2020

UNITED STATES DISTRICT JUDGE       *October 2012*

PRO HAC VICE APPLICATION & ORDER



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### James A. Francis, Esq.

#### DATE OF ADMISSION

May 20, 1996

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 11, 2019

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk