# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DILLON MALIN,

   Plaintiff(s),

v.

UBER TECHNOLOGIES, INC., AND CHECKR, INC.

   Defendant(s).

Case No: 4:19-cv-07788-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Lauren KW Brennan, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Dillon Malin, Plaintiff in the above-entitled action. My local co-counsel in this case is Erika A. Heath, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1600 Market Street, Suite 2510<br>Philadelphia, PA 19103 | 369 Pine Street, Suite 410<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (215) 735-8600 | (415) 433-0333 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| lbrennan@consumerlawfirm.com | erika@duckworthpeters.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 316461.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/04/20

            Lauren KW Brennan
            APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lauren KW Brennan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/5/2020

            *Haywood S. Gill Jr.*
            UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Lauren KW Brennan, Esq.**

DATE OF ADMISSION

**November 1, 2013**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 12, 2019

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk