UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILLON MALIN,<br><br>        Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No. 19-cv-07788-HSG<br><br>**ORDER ADDRESSING THE BRIEFING SCHEDULE AND HEARING FOR DEFENDANT'S MOTION TO COMPEL**<br><br>Re: Dkt. No. 33 |

The parties filed a stipulation and proposed order seeking to extend the briefing schedule and hearing date for Defendant's motion to compel arbitration. Dkt. No. 33. After a telephonic conference with the parties, Plaintiff's counsel filed a brief explaining the need for discovery before filing an opposition. Dkt. No. 36. The Court reviewed Plaintiff's counsel's brief and agrees that some amount of discovery is needed before it can address whether Plaintiff and the putative class fall under the residual exception in Section 1 of the Federal Arbitration Act. Accordingly, it sets the following schedule:

| Event | Date |
|---|---|
| Limited Fact Discovery Cut-Off | July 15, 2020 |
| Opposition Deadline | July 27, 2020 |
| Reply Deadline | August 3, 2020 |
| Hearing on Defendant's Motion to Compel Arbitration | August 13, 2020 at 2:00 p.m. |

This terminates the parties' stipulation. Dkt. No. 33.

**IT IS SO ORDERED.**

Dated: 4/15/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge