Erika Angelos Heath (SBN 304683)
(eheath@consumerlawfirm.com)
**FRANCIS MAILMAN SOUMILAS, P.C.**
369 Pine Street, Suite 410
San Francisco, CA 94104
Tel: (628) 246-1352
Fax: (215) 940-8000

James A. Francis (*pro hac vice*)
(jfrancis@consumerlawfirm.com)
John Soumilas (*pro hac vice*)
(jsoumilas@consumerlawfirm.com)
Lauren KW Brennan (*pro hac vice*)
(lbrennan@consumerlawfirm.com)
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19110
Tel: (215) 735-8600
Fax: (215) 940-8000

*Attorneys for Plaintiff and
the Proposed Classes*

Sophia Behnia (SBN 289318)
(sbehnia@littler.com)
**LITTLER MENDELSON, P.C.**
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: (415) 433-1940
Fax: (415) 399-8490

Christopher Dengler (SBN 251782)
(cdengler@littler.com)
**LITTLER MENDELSON, P.C.**
633 W. Fifth Street, 63rd Floor
Los Angeles, CA 90071
Tel: (213) 443-4300
Fax: (213) 443-4299

*Attorneys for Defendant
Uber Technologies, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DILLON MALIN,**<br><br>        Plaintiff,<br><br>   v.<br><br>**UBER TECHNOLOGIES, INC., AND CHECKR, INC.**<br><br>        Defendants. | Case No. 4:19-cv-07788-HSG<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND REQUEST FOR AN ORDER TO STAY ACTION PENDING ARBITRATION; ORDER (as modified)** |

IT IS HEREBY STIPULATED by and between Plaintiff DILLON MALIN ("Plaintiff") and Defendants UBER TECHNOLOGIES, INC. ("Uber") (collectively, "the Parties"), by and through their attorneys of record, as follows:

WHEREAS, on November 27, 2019, Plaintiff filed his initial complaint against Uber and Checkr, Inc. (ECF No. 1);

WHEREAS, on December 23, 2019, Plaintiff filed an Amended Complaint (ECF No. 7);

WHEREAS, on March 5, 2020, Plaintiff filed a voluntary dismissal of Check, Inc. – leaving Uber as the sole defendant (ECF No. 25);

WHEREAS, on March 24, 2020, Uber filed a motion to compel arbitration (ECF No. 31 (the "Motion"))

WHEREAS, on January 25, 2021, the Parties jointly requested a stay of these proceedings pending the Ninth Circuit's decision in *Capriole, et al. v. Uber Technologies, Inc., et al.*, United States Court of Appeals, Ninth Circuit, Case No. 20-16030 (decision filed for publication on August 2, 2021), which this Court granted on January 26, 2021 (ECF No. 55);

WHEREAS, on August 2, 2021, the Ninth Circuit issued its decision in *Capriole*, and the Parties met and conferred regarding the impact of that decision on this matter, pursuant to this Court's order (ECF No. 55);

WHEREAS, in light of the arbitration agreement and the *Capriole* decision, the Parties agree that this judicial action shall be submitted to arbitration, stayed pending the outcome of arbitration, and request that the Court issue such a stay;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1. Plaintiff shall submit his claims in this lawsuit to arbitration pursuant to the terms of the arbitration agreement.

2. This action shall be stayed pending the outcome of the arbitration.

3.     The Parties shall file a joint status report with this Court within seven (7) days of receiving the arbitrator's decision.

Dated: <u>August 20, 2021</u>                        FRANCIS MAILMAN SOUMILAS, P.C.

                                    <u>/s/ Erika Heath</u>
                                    Erika Angelos Heath
                                    Attorney for Plaintiff and the Proposed Classes

Dated: <u>August   , 2021</u>                        LITTLER MENDELSON, P.C.

                                    <u>/s/ Christopher Dengler</u>
                                    Christopher Dengler
                                    Attorney for Defendant
                                    UBER TECHNOLOGIES, INC.

### L.R. 5-1 Attestation

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Erika A. Heath, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of August, 2021, at San Francisco, California.

                        By:    <u>/s/ Erika Heath</u>
                                    Erika Angelos Heath

**ORDER**

Having read the foregoing stipulation and agreement of the Parties, and for good cause appearing, IT IS SO ORDERED THAT,

1. Plaintiff shall submit his claims in this lawsuit to arbitration pursuant to the terms of the arbitration agreement.

2. This action shall be stayed pending the outcome of the arbitration.

3. The Parties shall file a joint status report with this Court within seven (7) days of receiving the arbitrator's decision.

4. The Court directs the parties to provide joint status reports, of no more than two pages, regarding the status of the arbitration proceedings. The parties shall file the joint status reports every six months from the date of this order.

5. This Order terminates docket number 31 Motion to Compel Arbitration as moot.

Dated: August 23, 2021

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE