Erika Angelos Heath (SBN 304683)
(eheath@consumerlawfirm.com)
**FRANCIS MAILMAN SOUMILAS, P.C.**
369 Pine Street, Suite 410
San Francisco, CA 94104
Tel: (628) 246-1352
Fax: (215) 940-8000

James A. Francis (*pro hac vice*)
(jfrancis@consumerlawfirm.com)
John Soumilas (*pro hac vice*)
(jsoumilas@consumerlawfirm.com)
Lauren KW Brennan (*pro hac vice*)
(lbrennan@consumerlawfirm.com)
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19110
Tel:   (215) 735-8600
Fax:   (215) 940-8000

*Attorneys for Plaintiff and
the Proposed Classes*

Sophia Behnia Collins (SBN 289318)
(scollins@littler.com)
**LITTLER MENDELSON, P.C.**
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel:   (415) 433-1940
Fax:   (415) 399-8490

Christopher Dengler (SBN 251782)
**LITTLER MENDELSON, P.C.**
633 W. Fifth Street, 63rd Floor
Los Angeles, CA 90071
Tel:   (213) 443-4300
Fax:   (213) 443-4299

*Attorneys for Defendant
Uber Technologies, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DILLON MALIN,**<br><br>Plaintiff,<br><br>v.<br><br>**UBER TECHNOLOGIES, INC., AND CHECKR, INC.**<br><br>Defendants. | C.A. No. 4:19-cv-07788-HSG<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's August 23, 2021, Order, the Parties hereby submit the following Joint Status Report:

1. Plaintiff's claims remain pending in Arbitration before JAMS (Ref # 1110025574).

2. This being the case, the Parties agree that this matter should remain stayed pending the outcome of the Arbitration proceedings.

3. The Parties further agree that the Court's Order requiring the Parties to submit a joint status report every six months, as well as within seven (7) days of receiving the arbitrator's decision, is the most appropriate route at this stage.

Dated: February 23, 2023					FRANCIS MAILMAN SOUMILAS, P.C.

							 /s/ Erika Heath
							Erika A. Heath

							*Attorney for Plaintiff and the Proposed Classes*

Dated: February 23, 2023					LITTLER MENDELSON, P.C.

							 /s/ Sophia Behnia Collins
							Sophia Behnia Collins

							*Attorney Defendant Uber Technologies, Inc.*