Erika Angelos Heath, Esq. (SBN 304683)
**FRANCIS MAILMAN SOUMILAS, P.C.**
369 Pine Street, Suite 410
San Francisco, CA 94104
T: (628) 246-1352
eheath@consumerlawfirm.com

*Attorneys for Plaintiff*

Christopher Dengler, Esq. (SBN 251782)
LITTLER MENDELSON P.C.
633 West Fifth Street, 63rd Floor
Los Angeles, CA 90071
(213) 443-4275
cdengler@littler.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DILLON MALIN,** | **C.A. No.** 4:19-cv-07788-HSG |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER** |
| **UBER TECHNOLOGIES, INC., AND CHECKR, INC.** | |
| Defendant. | |

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Dillon Malin ("Plaintiff") and Defendant Uber Technologies, Inc. ("Defendant") (collectively, the "Parties") hereby file this Joint Stipulation of Dismissal with Prejudice.

      The Parties have agreed upon a confidential, non-judicial resolution of all claims and causes of action in the above-captioned matter.  Accordingly, the Parties stipulate to the

dismissal of this action with prejudice, and with all costs to be borne by the respective party incurring the same.  This stipulation disposes of all claims and all parties.

Dated: September 20, 2023           **FRANCIS MAILMAN SOUMILAS, P.C.**

BY:    /s/ Erika Heath
Erika Angelos Heath
369 Pine Street, Suite 410
San Francisco, CA 94104
Telephone: (628) 246-1352
eheath@consumerlawfirm.com

*Attorneys for Plaintiff*

**LITTLER MENDELSON P.C.**

/s/ Christopher Dengler
CHRISTOPHER DENGLER
633 West Fifth Street, 63rd Floor
Los Angeles, CA 90071
cdengler@littler.com
(213) 443-4275

*Attorneys for Defendant*

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | DATED: 9/20/2023    _____ |
|   |                                       United States District Judge |